# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH CORREA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 16-cv-02158-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS WELLS FARGO BANK, N.A. AND WELLS FARGO HOME MORTGAGE, INC.** |

On March 22, 2017, Plaintiff filed a notice of settlement with Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage, Inc. (collectively, "Wells Fargo") (ECF 36), stating that the parties expected to finalize a settlement within thirty days. More than thirty days has elapsed and Plaintiff has neither filed a notice of dismissal nor indicated that additional time is necessary to finalize the settlement. Plaintiff is hereby ordered to show cause in writing and on or before May 9, 2017 why the Court should not dismiss Wells Fargo. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Wells Fargo and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: April 25, 2017

BETH LABSON FREEMAN
United States District Judge